FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 APR 13 AM 8:30

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JONATHAN VASQUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 106-023 |
| | ) |
| GEORGIA STATE PATROL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, and Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2) is **DENIED** as **MOOT**.

SO ORDERED this 13th day of April, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE